THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ryan Everly Burris, Appellant.
 
 
 

Appeal From York County
G. Thomas Cooper, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-421
Submitted October 1, 2007  Filed October 8, 2007

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, South Carolina Commission on Indigent Defense,  of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, of Columbia; and Solicitor Kevin Scott Brackett, of York,
 for Respondent.
 
 
 

PER
 CURIAM:  Ryan Burris appeals his guilty plea for failure to
 stop for a blue light.  He asserts his guilty plea was rendered unconditional
 as a result of the trial judge informing him of his right to appeal.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Burriss appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.